

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Golden Villa Nursing and Rehab and
Golden Villa Healthcare, LLC, Appellants

No. 06-25-00002-CV          v.

Frank Wells, Appellee

Appeal from the 5th District Court of Cass
County, Texas (Tr. Ct. No. 23C266). Panel
consists of Chief Justice Stevens and
Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants, Golden Villa Nursing and Rehab and Golden Villa Healthcare, LLC, pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 19, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk